Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GONZALEZ, ) | Case No.: 15-cv-2568-W (DHB) |
| ) | |
| Plaintiff, ) | **Joint Motion to Dismiss Defendant** |
| ) | **Trans Union Only** |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC; et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

 NOTICE IS HEREBY GIVEN THAT:

 Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the parties hereby jointly move to dismiss defendant TRANS UNION LLC only with prejudice. Each party to bear its own costs and fees. This dismissal shall not apply to the other named Defendants.

DATE: <u>March 17, 2016</u> BY:<u>/s/Jeremy S. Golden</u>_____
 Jeremy S. Golden
 Attorney for Plaintiff

//

//

DATE: <u>March 17, 2016</u>          BY: <u>/s/Paul Sheldon</u> _____
                                            Paul Sheldon
                                            Attorney for Trans Union LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Paul Sheldon and that I have obtained counsel's authorization to affix his electronic signatures to this document.

DATE: <u>March 17, 2016</u>          <u>/s/Jeremy S. Golden</u> _____
                                            Jeremy S. Golden
                                            Attorney for Plaintiff