UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GONZALEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>                              Defendants. | Case No.:  15-CV-2568 W (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRANS UNION LLC [DOC. 15]** |

Pending before the Court is a joint motion to dismiss Defendant Trans Union LLC. [Doc. 15.]  Good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Defendant Trans Union LLC with prejudice.  Each party will bear its own costs and attorneys' fees.  This dismissal does not apply to the other named defendants.

**IT IS SO ORDERED.**

Dated:  March 21, 2016

_____
Hon. Thomas J. Whelan
United States District Judge

1

15-CV-2568 W (DHB)