Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; et al.<br><br>Defendants. | Case No.: 15-cv-2568-W (DHB)<br><br>**Notice of Settlement as to Equifax Information Services, LLC Only** |

    Please take notice that this matter is settled with defendant Equifax Information Services LLC only. This settlement does not apply to the other defendants who have not previously settled. Plaintiff requests that the Court retain jurisdiction at this time for any matters related to completing or enforcing the settlement.

DATED: March 21, 2017                ____s/ Jeremy S. Golden_____
                                            Jeremy S. Golden
                                            Attorney for Plaintiff