# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GONZALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>        Defendants. | Case No.: 15-CV-2568 W (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE [DOC. 32]** |

  Pending before the Court is a joint motion to dismiss Defendant Equifax Information Services, LLC ("Equifax"), with prejudice. [Doc. 32.] Good cause appearing, the Court **GRANTS** the joint motion.

//
//
//
//
//
//
//
//

1

Defendant Equifax is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 13, 2017

_____
Hon. Thomas J. Whelan
United States District Judge