Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GONZALEZ, | ) Case No.: 15-cv-2568-W (DHB) |
| Plaintiff, | ) **Joint Motion for Dismissal of Entire Case** |
| v. | ) |
| EQUIFAX INFORMATION SERVICES, LLC; et al. | ) |
| Defendants. | ) |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the undersigned parties hereby jointly move to dismiss this action with prejudice. Each party to bear its own fees and costs.

DATED:  May 8, 2017           s/ Jeremy S. Golden_____
                              Jeremy S. Golden
                              Attorney for Plaintiff

DATED:  May 8, 2017           s/ Thomas M. Buchenau_____
                              Thomas M. Buchenau
                              Attorney for Defendant Systematic National Collections, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas M. Buchenau and that I have obtained counsel's authorization to affix his electronic signatures to this document.

DATED: May 8, 2017                    s/Jeremy S. Golden _____
                                       Jeremy S. Golden
                                       Attorney for Plaintiff